AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00331 |
| Patrick Woehl | ) Assigned to: Judge Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign Date: 12/1/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

■■■■■■■■■■■■■■■■
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/01/2023__

*M.U. Upadhyaya*
*Judge's signature*

City and state: __Washington, D.C.__    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*